# Court of Appeals
# of the State of Georgia

ATLANTA,    July 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0446.  ROBERT EDWARD MORGAN, JR. v. JOHN KELLY, et al.**

Robert Edward Morgan, Jr., filed this application for discretionary appeal seeking to appeal the trial court's ruling in his habeas corpus action.  Under our Constitution, however, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, Morgan's application is hereby TRANSFERRED to the Supreme Court for disposition.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/16/2012
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

_____ *, Clerk.*

---

[1] Morgan's motion to transfer is hereby GRANTED.